DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERNST JUILLET,**
Appellant,

v.

**NAKETREASE L. MACKEY,**
Appellee.

No. 4D19-65

[May 8, 2019]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. 18-006397 DVCE.

Melanie A. Malave, Fort Lauderdale, for appellant.

No brief filed on behalf of appellee., for appellee.

PER CURIAM.

*Affirmed. See Moriarty v. Moriarty*, 192 So. 3d 680 (Fla. 4th DCA 2016).

GERBER, C.J., CIKLIN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***